# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID A. SCHLEMM,

    Plaintiff,

v.                                                                               Case No. 19-CV-266

BRENDAN PIZZALA, *et al.*,

    Defendants.

## ORDER

On January 24, 2022, the court granted *pro se* plaintiff David A. Schlemm's motion for leave to proceed *in forma pauperis* on appeal. (ECF No. 46.) The court gave Schlemm until February 24, 2022, to pay the initial partial filing fee of $47.79.

On February 28, 2022, Schlemm filed a motion to stay the case pending resolution of an issue with getting a disbursement from the institution where is he incarcerated. (ECF No. 47.) The court will not stay the case but will grant Schlemm an extension to pay the initial partial filing fee for his appeal as outlined below. To the extent Schlemm requests the court order the institution to release his funds as requested, the court cannot interfere in the day-to-day administration of the institution. If Schlemm is having difficulties, he should utilize the institution's grievance process to resolve the issue..

**IT IS ORDERED** that Schlemm's motion to stay the case (ECF No. 47) is **DENIED.**

**IT IS FURTHER ORDERED** that the deadline for Schlemm to pay the initial partial filing fee in this appeal is **EXTENDED**. By May 24, 2022, Schlemm shall forward to the Clerk of Court the sum of $47.79 as the initial partial filing fee in this appeal. Schlemm's failure to comply with this order may result in dismissal of this appeal. The payment shall be clearly identified by the case name and number assigned to this action.

**IT IS ALSO ORDERED** that a copy of this order be sent to the officer in charge of the agency where Schlemm is confined.

**IT IS ALSO ORDERED** that a copy of this order be electronically provided to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, through the court's electronic case filing system.

Dated at Milwaukee, Wisconsin this 11th day of March, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge